Christopher C. McNatt, Jr. (SBN 174559)
cmcnatt@scopelitis.com
Megan E. Ross (SBN 227776)
mross@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 560
Pasadena, CA 91101
P: 626-795-4700
F: 626-795-4790

James H. Hanson (pro hac vice)
jhanson@scopelitis.com
Christopher J. Eckhart (pro hac vice)
ceckhart@scopelitis.com
E. Ashley Paynter (pro hac vice)
apaynter@scopelitis.com
Alaina C. Hawley (SBN 309191)
ahawley@scopelitis.com
James A. Eckhart (SBN 321101)
jeckhart@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN  46204
P: 317-637-1777
F: 317-687-2414

Attorneys for Defendant/Counterclaim Plaintiff,
J.B. HUNT TRANSPORT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUY NAM LY and KIET NGUYEN individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>J.B. HUNT TRANSPORT, INC., an Arkansas corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01334-SVW-SS<br><br>**DEFENDANT'S NOTICE OF LODGING SIGNATURE PAGE FOR THE JOINT STIPULATION OF SETTLEMENT AND RELEASE OF CLASS ACTION CLAIMS, ATTACHED AS EXHIBIT A TO THE DECLARATION OF STANLEY D. SALTZMAN, ECF NO. 52-2**<br><br>Hearing: August 17, 2020<br>Time:    1:30 p.m.<br>Judge:   Honorable Stephen V. Wilson<br>Ctrm:    10A |

On July 6, 2020, Plaintiffs, Duy Nam Ly and Kiet Nguyen, filed their Notice of Motion and Motion for Preliminary Approval of Class Action Settlement; Memorandum of Points and Authorities, ECF No. 52. In support thereof, Plaintiffs filed the Joint Stipulation of Settlement and Release of Class Action Claims as Exhibit A to the Declaration of Stanley D. Saltzman, ECF No. 52-2 (Stipulation). As indicated in the Stipulation, the signature of Defendant's, J.B. Hunt Transport, Inc. (J.B. Hunt), representative was to follow. *Stipulation*, at 42.

J.B. Hunt supplements the Stipulation with the signature page of its representative, which is attached hereto as *Exhibit A*.

Respectfully submitted,

Dated: July 9, 2020

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.

By:   */s/ James H. Hanson*
        James H. Hanson

        Attorney for Defendant/Counterclaim
        Plaintiff, J.B. Hunt Transport, Inc.

4828-6782-8162, v. 3

1